IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION
AUGUST 2017 SESSION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 24 2017

JULIA C. DUDLEY, CLERK
BY: /s/ _____
      DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 6:17-cr-00010 |
| ) | |
| v. ) | **SEALED INDICTMENT** |
| ) | |
| RONNIE DALE STATON, and ) | **In Violation of:** |
| CHRISTOPHER WILLIAM LANTRIP ) | |
| ) | 21 U.S.C. § 846 |
| ) | 21 U.S.C. § 841(a)(1) |
| ) | 18 U.S.C. § 924(c) |

## COUNT ONE

The Grand Jury charges:

1. Beginning not later than February 1, 2017, and continuing until on or about June 14, 2017, in the Western Judicial District of Virginia and elsewhere, the defendants, RONNIE DALE STATON and CHRISTOPHER WILLIAM LANTRIP did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the Grand Jury, to possess with intent to distribute and to distribute, 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

2. All in violation of Title 21, United States Code, Sections 846, and 841(a)(1) and (b)(1)(A).

## COUNT TWO

The Grand Jury further charges:

1. That on or about June 14, 2017, in the Western Judicial District of Virginia,

1

the defendant, RONNIE DALE STATON, did knowingly and intentionally attempt to possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

2. All in violation of Title 21, United States Code, Sections 846, and 841(a)(1) and (b)(1)(A).

### COUNT THREE

The Grand Jury further charges:

1. That on or about June 14, 2017, in the Western Judicial District of Virginia, the defendant, RONNIE DALE STATON, knowingly possessed a firearm, to wit a Smith & Wesson model Bodyguard pistol, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, as set forth in Count Two of this Indictment.

2. All in violation of Title 18, United States Code, Section 924(c).

### COUNT FOUR

The Grand Jury further charges:

1. That on or about June 14, 2017, in the Western Judicial District of Virginia, the defendant, CHRISTOPHER WILLIAM LANTRIP, did knowingly and intentionally attempt to possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

2. All in violation of Title 21, United States Code, Sections 846, and 841(a)(1) and (b)(1)(A).

## NOTICE OF FORFEITURE

1. Upon conviction of one or more of the felony offenses alleged in this Indictment, the defendants shall forfeit to the United States:

   a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offenses, pursuant to 21 U.S.C. § 853(a)(1).

   b. any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said offenses, pursuant to 21 U.S.C. § 853(a)(2).

   c. any firearm used or intended to be used to facilitate the transportation, sale, receipt, possession, or concealment of controlled substances and/or raw materials, as described in 21 U.S.C. § 881(a)(1) and (2), and any proceeds traceable to such property, pursuant to 21 U.S.C. § 881(a)(11) and 28 U.S.C. § 2461(c).

   d. any firearms and ammunition involved or used in the commission of said offenses, or possessed in violation thereof, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. The property to be forfeited to the United States includes but is not limited to the following property:

   a. **Money Judgment**

      An undetermined sum of United States currency and all interest and proceeds traceable thereto, in that such sum in aggregate was obtained directly or indirectly as a result of said offenses or is traceable to such property.

b. **United States Currency**

   Approximately $9,507 seized from Ronnie Dale Staton
   Approximately $11,644 delivered by Christopher Lantrip

c. **Firearms**

   One Intratec model AB10 9mm pistol, serial # "A023067."
   One Intratec model Tec-22 .22 pistol, serial # "096990."
   One Stevens model 770 12 gauge shotgun, no serial number.
   All associated ammunition

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with a third person;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

A TRUE BILL this 24 day of August, 2017.

___s/Grand Jury Foreperson___
FOREPERSON

_(signature)_ For
RICK A MOUNTCASTLE
ACTING UNITED STATES ATTORNEY