CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

FEB 02 2021

JULIA C. DUDLEY CLERK
BY: /s/ CINDY
DEPUTY CLERK

Honorable Judge

CASE# :
6:17CR10-002

    I'm writing this letter respectfully asking the courts to appoint me a attorney to help with a compassionate release motion.

    The covid-19 pandemic here inside F.C.I Gilmer is very high. Inmates and staff have tested positive for covid19 and the numbers is steady growing. The staff do not wear masks nor gloves, inmates are not giving proper supplies to clean cells to help protect from catching covid-19.

    Inmates that have tested postive are still being housed with other inmates who have not tested positive. Due to not being able to social distance the spread of the virus is spreading rapidly through this institution.

    I have exhausted all remedies with the warden, however, I am asking for legal counsel to go futher with the Compassionate release motion.

Respectfully

Christopher Lantrip
Reg # 21927-084