IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Docket No. 6:17CR00010-002 |
| | ) | |
| CHRISTOPHER LANTRIP | ) | |

RESPONSE

The Federal Defender files this response to the Court's order issued March 9, 2021. (ECF 132). Upon review, the undersigned informs the Court no supplemental motion will be filed on behalf of Mr. Lantrip and asks that the Court allow him to proceed *pro se*.

Respectfully submitted,

s/Donald R. Pender
Donald Russell Pender
N.C. Bar No.: 48004
Assistant Federal Public Defender
Office of the Federal Public Defender
401 E. Market St, Ste 106
Charlottesville, VA 22902
Tel (434) 220-3380

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: counsel of record; and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: none.

                                              s/ Donald R. Pender
                                           Asst. Federal Public Defender